IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LATORIA BOUYER, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00153-TES |
| | * |
| SPORT CLIPS HAIRCUTS, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 23rd day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk